④

IN THE
UNITED STATES DISTRICT COURT
TACOMA, WASHINGTON.,

John Robert Demos,

(PlAINTiFF)

Vs

THE UNITED STATES

(DeFeNdANT)

U.S.D.C. NO: _ _ _ _ _ _

"Request FOR THE ISSUANCE OF
A FedeRAl CRiMiNAl CompIAiNT"
PuRSuANT To,
Fed. RulE OF CRiMiNAl PRoceduRE
#5, 381 U.S. 214, 357 U.S. 480,
357 U.S. 480, 381 U.S. 214,
371 U.S. 471,

To: THE U.S. MAGisTRATE JudGE,

HeAR ye, HeAR ye, HeAR ye:

THE FuNcTioN OF A cRiMiNAl CompIAiNT is THAT iT is THE bAsis
UPON WhiCh A WARRANT OF ARRest MAy IssuE, 413 F. 2d 1061,
CompIAiNT shouId bE bAsed oN PeRsoNAl KNowIedGE, 197 F. 2d
287,
THere MusT bE PRobAbIe CAusE, 327 F. 2d 825,
A CompIAiNT is NoT THE SAME As AN INdicTMeNT oR AN
INFoRMATioN, 466 F. 2d 1325,

/.

AFFIDAVIT OF COMPLAINING WITNESS
PURSUANT TO, 473 U.S. 667, 487 U.S. 1012,


STATE OF WASHINGTON,
                                          NO: _ _ _ _ _
                         SS:

COUNTY OF WALLA WALLA.,

DEFENDANT:
NAME - U.S. INTERNATIONAL TRADE COMMISSION DIRECTOR
Address - 500 E STREET S.W. WASH, D.C. 20436
PHONE


NAME - DIRECTOR - FEDERAL TRADE COMMISSION
Address - 600 PENNSYLVANIA AVE N.W. WASH, D.C., 20580
PHONE


            WITNESSES:
NAME - THE U.S. CONSTITUTION
Address
PHONE


NAME - THE FEDERAL CRIMINAL CODE - 18 USC
Address
PHONE




2.

COMPLAINT

(a) ART. 2-SEC. 4 OF THE U.S. CONSTITUTION DEFINES TREASON AND Bribery AS Impeachable OFFENSES, As High CRIMES, And MisdeMeANoRs.

(b) THE NAMED DEFENDANTS hAVE ENGAGED IN,

1. EmbeZZlemeNT,
2. SUSPicious ActiVity,
3. BReAch OF THE PEACE,
4. THE ViCE OF PRoslitutioN,
5. FRAud,
6. FeloNy,
7. UNFAiR TRADE PRACTICES,

(c) THE NAMed DeFeNdANTS hAVE CoNspiRed WitH FoReiGN Powers To CReATE Food supply shoRtAGES, ANd RisiNG Food PRiCES.

THE ACTS OF THE DeFeNdANTS OccuRed OVeR A PeRiod oF TimE,

(d) THE NAMed deFeNdANTS ARE IN VioIATioN OF THeiR OATH OF OFFicE.

3.

* CONGRESS ONLY HAS POWER TO "COIN" MONEY, CONGRESS HAS NO POWER TO "PRINT" MONEY.
PAPER MONEY is COUNTERFEIT.

/s/   John R. Demos
      JOHN R. DEMOS #287455

Subscribed AND SWORN TO beFORE ME This

_____ DAY OF _____, 2022

/s/   _____
      JUDGE

4.