UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

                Plaintiff,

   v.

UNITED STATES, *et al.*,

                Defendants.

No. 2:22-CV-487-LK-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the record and the Report and Recommendation of Magistrate Judge David W. Christel, to which there were no objections, does hereby find and ORDER as follows:

(1)    The Court ADOPTS the Report and Recommendation, Dkt. No. 2.

(2)    Plaintiff's proposed complaint, Dkt. No. 1, is DISMISSED with prejudice.

(3)    The Clerk is directed to close this case and send copies of this order to Plaintiff, counsel for Defendants, and to the Honorable David W. Christel.

Dated this 9th day of June, 2022.

                                      Lauren King
                                      United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1